# INDEX

| Exhibit Number | Title | Docket Location |
|---|---|---|
| 1 | Aileen Mullin Deposition and exhibits, dtd. December 31, 2021 | 32-2 at p. 1 |
| 2 | Medical Note re: voice restrictions, dtd. January 06, 2010 | 32-2 at p. 359 |
| 3 | Reasonable Accommodation Memorandum, dtd. January 26 ,2012 | 32-2 at p. 361 |
| 4 | Email from Mullin to Palmer re: training and asthma, dtd. January 08, 2012 | 32-2 at p. 363 |
| 5 | Email from Mullin to Clarke re: Please come to HR @ 1:30 p, dtd. January 10, 2012 (VA-00014820) | 32-2 at p. 366 |
| 6 | Clarke Affidavit, dtd. August 26, 2013 | 32-2 at p. 369 |
| 7 | Email from Mullin re: Status of health issues, dtd. January 31, 2012 | 32-2 at p. 380 |
| 8 | Email between Clarke and Mullin re: air purifier, dtd. February 01, 2012 (VA-00014824) | 32-2 at p. 382 |
| 9 | Purifier Assignment, dtd. February 02, 2012 | 32-2 at p. 384 |
| 10 | Test Election Memorandum, dtd. February 29, 2012 (VA-00014584) | 32-2 at p. 386 |
| 11 | Emails from Mullin to Clarke re: ETA and Certification, dtd. March 12, 2012 (VA-00014826) | 32-2 at p. 388 |
| 12 | Emails between Mullin and Clarke re: BRVSR Test, dtd. March 14, 2012 (VA-00014836) | 32-2 at p. 390 |
| 13 | Email from McBurrough to Mullin re: Certification Test; dtd. March 14, 2012 | 32-2 at p. 395 |
| 14 | Emails among Witty, Smith, Wax, and Crump re: Aileen Mullin; dtd. March 13, 2012 | 32-2 at p. 397 |
| 15 | Emails among Witty, Smith, Wax, and Crump re: Aileen Mullin, dtd. March 13, 2012 | 32-2 at p. 400 |
| 16 | Email from Smith to Huffman re: Aileen went home sick, dtd. March 13, 2012 | 32-2 at p. 403 |
| 17 | Approval of Accommodation Request Form, dtd. March 20, 2012 | 32-2 at p. 406 |
| 18 | Email from Mullin re: occupational disease as granted/acknowledged by the DOL, dtd. January 28, 2013 | 32-2 at p. 408 |

| | | |
|---|---|---|
| 19 | Email from Clarke to Clarke re: Aileen Mullin, dtd. January 29, 2013 (VA-00014818) | 32-2 at p. 411 |
| 20 | Emails between Clarke and McBurrough re: Meeting Request; dtd. January 29, 2013 (VA-00014617) | 32-2 at p. 413 |
| 21 | Email from Mullin re: Working things out; dtd. January 29, 2013 | 32-2 at p. 415 |
| 22 | Email from Mullin re: Respirator, dtd. January 31, 2013 | 32-2 at p. 417 |
| 23 | Email from Clarke to Mullin re: Essential function: In-Office Process, dtd. February 05, 2013 | 32-2 at p. 419 |
| 24 | Emails between Clarke and Mullin re: Our conversation this morning, dtd February 5, 2013 | 32-2 at p. 421 |
| 25 | Emails between Clarke and Mullin re: Accommodation Ideas for Respiratory Impairments, dtd. February 13, 2013 | 32-2 at p. 423 |
| 26 | Memorandum from AFGE re: Aileen Mullin request for Modified Accommodation and Administrative Leave, dtd. February 19, 2013 | 32-2 at p. 432 |
| 27 | Approval of Accommodation Request Form, dtd. February 27, 2013 | 32-2 at p. 436 |
| 28 | Email from McBurrough re: Concerns, dtd. March 14, 2013 (VA- 00015023) | 32-2 at p. 438 |
| 29 | Email from Clarke to Mullin re: Air purifier, dtd. March 25, 2013 (VA-00015003) | 32-2 at p. 441 |
| 30 | Email from Mullin to Clarke re: Rescinding of accommodations currently in place; dtd. March 29, 2013 (VA- 00015008) | 32-2 at p. 443 |
| 31 | Email from Clarke re: Rescinding of accommodations currently in place, dtd. April 01, 2013 | 32-2 at p. 447 |
| 32 | Email from Mullin re: Rescinding of accommodations currently in place, dtd. April 03, 2013 (VA- 00015011) | 32-2 at p. 451 |
| 33 | Email from Clarke attaching Approval of Accommodation Request Form, dtd. April 15, 2013 | 32-2 at p. 456 |
| 34 | Email from Mullin re: RA Approval Letter, dtd. April 16, 2013 | 32-2 at p. 459 |

| | | |
|---|---|---|
| 35 | Email from Mullin re: RA Approval Letter, dtd. April 16, 2013 | 32-2 at p. 462 |
| 36 | Email from Smith re: RA Approval Letter, dtd. April 16, 2013 (VA- 00015030) | 32-2 at p. 466 |
| 37 | Email from Smith re: RA Approval Letter, dtd. April 16, 2013 (VA- 00015027) | 32-2 at p. 469 |
| 38 | Letter from Doctor, dtd. April 12, 2013 | 32-2 at p. 472 |
| 39 | Approval of Accommodation Request Form, dtd. April 19, 2013 | 32-2 at p. 475 |
| 40 | Doctor's notes, dtd. March 2, 2012 | 32-2 at p. 477 |
| 41 | FMLA Application, dtd. March 3, 2012 | 32-2 at p. 480 |
| 42 | FMLA Approval Packet, dtd. March 14, 2012 | 32-2 at p. 485 |
| 43 | FMLA Application, dtd. March 23, 2012 | 32-2 at p. 490 |
| 44 | FMLA Approval Packet, dtd. April 9, 2012 | 32-2 at p. 495 |
| 45 | Email from Crump re: How you doing, dtd. May 3, 2012 | 32-2 at p. 500 |
| 46 | Email from Crump re: EEO Investigation, dtd. August 27, 2013 | 32-2 at p. 502 |
| 47 | Email from Shapiro re: Aileen Mullin Leave Request, dtd. May 4, 2018 | 32-2 at p. 504 |
| 48 | Advanced Leave Memorandum and approval, dtd. May 7, 2012 | 32-2 at p. 506 |
| 49 | FMLA Application, dtd. May 7, 2012 | 32-2 at p. 509 |
| 50 | FMLA Approval Memo, dtd. May 11, 2012 | 32-2 at p. 514 |
| 51 | Email from Mullin re: Documents faxed to Human Resources from Moffit Cancer Center, dated May 9, 2012 | 32-2 at p. 516 |
| 52 | Memorandum re: VLTP Approval, dtd. May 10, 2012 | 32-2 at p. 519 |
| 53 | Leave Authorizations, dtd. September 18, 2012 | 32-2 at p. 523 |
| 54 | Leave Summary 2010-2012, dtd. September 18, 2012 | 32-2 at p. 538 |
| 55 | EEO Counselor Report, dtd. June 5, 2012 | 32-2 at p. 542 |
| 56 | Formal EEO Complaint, dtd. September 18, 2012 | 32-2 at p. 546 |
| 57 | Notice of Complaint to Witty, dtd. September 25, 2012 | 32-2 at p. 552 |
| 58 | Notice of Partial Acceptance 413, dtd. October 18, 20212 | 32-2 at p. 554 |
| 59 | 2013 Notices of Amendment, dtd. 2013 | 32-2 at p. 561 |
| 60 | Supplemental Discovery Responses - Mullin | 32-2 at p. 578 |
| 61 | Emails among Mullin and Wax re: Medical and HR | 32-2 at p. 649 |