**INDEX**

| Exhibit Number | Title | Location |
|---|---|---|
| 1 | Memo Reassignment Pre 3 to Public Contact effective Jan 2 2010- date 2009 11 27 | p. 1 |
| 2 | 2009 Medical Evidence Provided by Plaintiff to Defendant | p. 4 |
| 3 | Email to Director Witty 2012 01 12 in re Plaintiff Medical Issues | p. 14 |
| 4 | Email from Mullin re: Status of health issues, dtd. January 31, 2012. | p. 16 |
| 5 | ROI Mullin for ORM Case No. 102766 | p. 18 |
| 6 | 2012 06 15 Meeting w Witty- RE_ EEO Complaint Plaintiff | p. 758 |
| 7 | 2010 07 07 Email in re Orlando VSC RA denial w CA2.pdf | p. 761 |
| 8 | 2012 05 18 OWCP Supervisor Witness Statement Palmer.pdf | p. 763 |
| 9 | Plaintiff ORM Case Numbers with Initial Contact Dates | p. 765 |
| 10 | 2012 01 12 911 VA Police Report | p. 767 |
| 11 | Email from Plaintiff to HR in re Ineffective Air Purifier Feb. 6, 2012 | p. 781 |
| 12 | Statements from Tedd Smith and Keith Pryor | p. 783 |
| 13 | Plaintiff OWCP Acceptance Letters | p. 790 |
| 14 | Mold History at RO 317 | p. 796 |
| 15 | Plaintiff 2010 07 20 Allergy Skin Test USF Tamp Physician Group | p. 840 |
| 16 | June 2015 RA Compliance Review of St Pete Regional Office | p. 842 |

| | | |
|---|---|---|
| 17 | Jan 28, 2013 Email from Wax to All HR Staff in Re Mullin RA | p. 857 |
| 18 | February 20, 2013 Email from HR to Mullin in Re No Privacy In HR | p. 860 |